# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————

No. 02-2029

——————

United States of America,           *
                                    *

         Appellee,          *

                                    *   Appeal from the United

    v.                     *   States District Court for

                                    *   the District of Nebraska.

Vladimir Polyansky,          *

                                    *   [UNPUBLISHED]

         Appellant.        *

——————

Submitted:  February 7, 2003
Filed:  February 19, 2003

——————

Before LOKEN, FAGG, and MURPHY, Circuit Judges.

——————

PER CURIAM.

Vladimir Polyansky pleaded guilty to conspiring to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] sentenced him to 60 months imprisonment and 4 years supervised release. On appeal, his counsel has moved to withdraw and has filed a brief under Anders v. California, 368 U.S. 738 (1967).

———————————

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Having carefully reviewed counsel's <u>Anders</u> brief, and having conducted our own independent review of the record, <u>see</u> <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we agree with counsel that there are no nonfrivolous issues in this direct criminal appeal. Among other things, we note that at the plea hearing, Polyansky affirmed he understood the plea agreement, agreed with the factual basis for the conspiracy charge, and admitted the charged conduct; that there were no sentencing objections other than Polyansky's motion for a downward departure based on an overrepresented criminal history; and that the district court granted Polyansky's departure motion, and also imposed the lowest sentence possible, given the statutory minimum.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.